**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**Case No.: 1:19-cv-22206-ALTONAGA/Goodman**

GOVERNMENT EMPLOYEES INSURANCE CO., et al.,

    Plaintiffs,

vs.

MARK A. CERECEDA, D.C., et al.,

    Defendants.

_____/

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION
FOR AN EXTENSION OF TIME TO RESPOND TO THE
COMPLAINT AND TO FILE A JOINT SCHEDULING REPORT**

    Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively "Plaintiffs"), by and through undersigned counsel, hereby consent to the Defendants' request to extend the deadline for the Defendants to respond to the Complaint to October 10, 2019, and to extend the joint scheduling report deadline by eight days, to October 4, 2019. See Docket No. 37.

    In this context, when the Defendants approached Plaintiffs to ask for extensions of time, they proposed that the deadline to hold the Fed. R. Civ. P. 26(f) Conference be extended to October 28, 2019, with initial disclosures and the joint scheduling report due within 14 days of the conference. As a practical matter, this would have delayed the progress of this action until late October at the earliest.

    However, in light of the fact that the Defendants now have asked the Court for a much shorter extension of the deadline for the joint scheduling report, Plaintiffs consent.

    Dated: August 21, 2019

Respectfully submitted,

*/s/ John P. Marino*
John P. Marino (FBN 814539)
Lindsey R. Trowell (FBN 678783)
Kristen L. Wenger (FBN 92136)
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Phone: (904) 598-6100
Facsimile: (904) 598-6204
jmarino@sgrlaw.com
ltrowell@sgrlaw.com
kwenger@sgrlaw.com

Christina Bezas (admitted *pro hac vice*)
New York Bar No. 5247556
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11550
Phone: (516) 357-3000
Facsimile: (516) 357-3333
christina.bezas@rivkin.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on August 21, 2019, the foregoing document is being served on all counsel of record, either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing through the CM/ECF system.

*/s/ John P. Marino*
Attorney

## SERVICE LIST

John P. Marino (FBN 814539)
Lindsey R. Trowell (FBN 678783)
Kristen L. Wenger (FBN 92136)
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Phone:  (904) 598-6100
Facsimile:  (904) 598-6204
jmarino@sgrlaw.com
ltrowell@sgrlaw.com
kwenger@sgrlaw.com

Christina Bezas (admitted *pro hac vice*)
New York Bar No. 5247556
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11550
Phone:  (516) 357-3000
Facsimile:  (516) 357-3333
christina.bezas@rivkin.com

*Attorneys for Plaintiffs*

Allan Aaron Joseph (FBN 893137)
Andrew Ittleman (FBN 802441)
Fuerst Ittleman David & Joseph
One Southeast Third Avenue
Suite 1800
Miami, FL 33131
Phone: 305-350-5690
Fax: 305-371-8989
Email: ajoseph@fidjlaw.com
           aittleman@fuerstlaw.com

*Attorneys for Defendants*