View current license information at: Floridahealthfinder.gov

EXEMPTION #: HCC8109
CERTIFICATE #: 16126

# State of Florida

AGENCY FOR HEALTH CARE ADMINISTRATION
DIVISION OF HEALTH QUALITY ASSURANCE

# HEALTH CARE CLINIC

## Certificate of Exemption from Health Care Clinic Licensure

This is to confirm CEDA ORTHOPEDIC & INTERVENTIONAL MEDICINE OF FIU/KENDALL LLC has affirmed an exempt status according to Section 400.9905(4)(g), Florida Statutes, Under Chapter 460. This Certificate of Exemption is issued by the Agency for Health Care Administration to the holder identified below:

OWNER: MARK ANTHONY CERECEDA DC

CEDA ORTHOPEDIC & INTERVENTIONAL MEDICINE OF FIU/KENDALL LLC
11890 SW 8 St Ste 400
Miami, FL  33184

EFFECTIVE DATE: 01/16/2013
EXPIRATION DATE: 08/30/2019



Deputy Secretary, Division of Health Quality Assurance

View current license information at: Floridahealthfinder.gov

EXEMPTION #: HCC8111
CERTIFICATE #: 16128

# State of Florida

AGENCY FOR HEALTH CARE ADMINISTRATION
DIVISION OF HEALTH QUALITY ASSURANCE

## HEALTH CARE CLINIC

### Certificate of Exemption from Health Care Clinic Licensure

This is to confirm CEDA ORTHOPEDIC & INTERVENTIONAL MEDICINE OF HIALEAH LLC has affirmed an exempt status according to Section 400.9905(4)(g), Florida Statutes, Under Chapter 460. This Certificate of Exemption is issued by the Agency for Health Care Administration to the holder identified below:

OWNER: MARK ANTHONY CERECEDA DC

CEDA ORTHOPEDIC & INTERVENTIONAL MEDICINE OF HIALEAH LLC
755 E 49th St
Hialeah, FL  33013



EFFECTIVE DATE:  01/16/2013

EXPIRATION DATE:  08/30/2019

Deputy Secretary, Division of Health Quality Assurance

View current license information at: Floridahealthfinder.gov

EXEMPTION #: HCC8110
CERTIFICATE #: 16127

# State of Florida

AGENCY FOR HEALTH CARE ADMINISTRATION
DIVISION OF HEALTH QUALITY ASSURANCE

## HEALTH CARE CLINIC

### Certificate of Exemption from Health Care Clinic Licensure

This is to confirm CEDA ORTHO. & INTERVENTIONAL MED. OF DOWNTOWN/LITTLE HAVANA LLC has affirmed an exempt status according to Section 400.9905(4)(g), Florida Statutes, Under Chapter 460. This Certificate of Exemption is issued by the Agency for Health Care Administration to the holder identified below:

OWNER: MARK ANTHONY CERECEDA DC

CEDA ORTHOPEDIC & INTERVENTIONAL MEDICINE OF DOWNTOWN LITTLE HAVANA LLC
2190 W Flagler St
Miami, FL  33135



EFFECTIVE DATE:  01/16/2013

EXPIRATION DATE:  08/30/2019

Deputy Secretary, Division of Health Quality Assurance

View current license information at: Floridahealthfinder.gov

EXEMPTION #: <u>HCC8112</u>
CERTIFICATE #: <u>16129</u>

# State of Florida

## AGENCY FOR HEALTH CARE ADMINISTRATION
### DIVISION OF HEALTH QUALITY ASSURANCE

# HEALTH CARE CLINIC

## Certificate of Exemption from Health Care Clinic Licensure

This is to confirm CEDA ORTHOPEDIC & INTERVENTIONAL MEDICINE OF SOUTH MIAMI LLC has affirmed an exempt status according to Section 400.9905(4)(g), Florida Statutes, Under Chapter 460. This Certificate of Exemption is issued by the Agency for Health Care Administration to the holder identified below:

OWNER: MARK ANTHONY CERECEDA DC

CEDA ORTHOPEDIC & INTERVENTIONAL MEDICINE OF SOUTH MIAMI LLC
6303 Bird Road
South Miami, FL  33155



EFFECTIVE DATE:  01/16/2013

EXPIRATION DATE:  08/30/2019

Deputy Secretary, Division of Health Quality Assurance

View current license information at: Floridahealthfinder.gov

EXEMPTION #: HCC4880
CERTIFICATE #: 16125

# State of Florida

## AGENCY FOR HEALTH CARE ADMINISTRATION
### DIVISION OF HEALTH QUALITY ASSURANCE

# HEALTH CARE CLINIC

## Certificate of Exemption from Health Care Clinic Licensure

This is to confirm MARK ANTHONY CERECEDA DC has affirmed an exempt status according to Section 400.9905(4)(g),
Florida Statutes, Under Chapter 460. This Certificate of Exemption is issued by the Agency for Health Care Administration to
the holder identified below:

SPRINGS CROSSING IMAGING LLC
51 E 1 Ave
Hialeah, FL  33010



EFFECTIVE DATE:  01/23/2014

EXPIRATION DATE:  05/02/2019

Deputy Secretary Division of Health Quality Assurance