**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-22206-CIV-ALTONAGA/Goodman**

**GOVERNMENT EMPLOYEES**
**INSURANCE CO.**, *et al*.,

    Plaintiffs,

v.

**MARK A. CERECEDA**, *et al*.,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court at a November 19, 2019 hearing [ECF No. 71] on

Defendants' Motion to Dismiss [ECF No. 57].  For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 57]** is **DENIED**.  Defendants

have until and including **December 18, 2019** to file an answer to Plaintiffs' Complaint

**[ECF No. 1]**.

**DONE AND ORDERED** in Miami, Florida, this 19th day of November, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record