UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-22206-CIV-ALTONAGA/Goodman

**GOVERNMENT EMPLOYEES
INSURANCE CO.**; *et al.*,

    Plaintiffs,

v.

**MARK A CERECEDA, D.C.**; *et al.*,

    Defendants.
_____/

## ADMINISTRATIVE ORDER CLOSING CASE

**THIS CAUSE** came before the Court on the parties' Joint Motion to Amend Scheduling Order, filed on March 18, 2020 [ECF No. 92]. The parties seek a continuance of pre-trial deadlines and the trial because of Coronavirus-related travel and meeting restrictions. (*See generally id.*). Given the inability to proceed with the orderly progress of the case due to the uncertainty regarding the duration of the restrictions, and to conserve the parties' and judicial resources, it is

**ORDERED AND ADJUDGED** that the Clerk of the Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes only. All motions are denied as moot. The Court nonetheless retains jurisdiction, and the case shall be restored to the active docket upon court order following motion of a party advising they are prepared to proceed. This Order shall not prejudice the rights of the parties to this litigation.

**DONE AND ORDERED** in Miami, Florida, this 19th day of March, 2020.

                                            _____
                                            **CECILIA M. ALTONAGA
                                            UNITED STATES DISTRICT JUDGE**

cc:    counsel of record