UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-22206-CIV-ALTONAGA/Goodman

**GOVERNMENT EMPLOYEES
INSURANCE CO.**; *et al*.,

    Plaintiffs,
v.

**MARK A. CERECEDA, D.C.**; *et al*.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court at a January 26, 2021 hearing [ECF No. 118] on Defendants' Expedited Motion to Re-open Discovery for the Limited Purpose of Responding to Late-filed Interrogatory Responses and to Exclude [Plaintiffs'] Late-disclosed Fact Witnesses [ECF No. 115]. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that Defendants' Motion **[ECF No. 115]** is **GRANTED in part**. The Court denies Defendants' request for a unilateral extension of the discovery period and to exclude Plaintiffs' witnesses. The deadlines contained in the Amended Scheduling Order **[ECF No. 95]** are amended as follows:

1. Trial is reset during the Court's two-week trial calendar beginning on **July 19, 2021**. Calendar call will be held at **9:00 a.m. on Tuesday, July 13, 2021**. No pre-trial conference will be held unless a party requests one and the Court determines that one is necessary. The parties shall adhere to the following schedule:

2. **March 26, 2021**. All discovery, including expert discovery, is completed.[1]

---

[1] The parties by agreement, and/or Magistrate Judge Goodman, may extend this deadline, so long as such extension does not impact any of the other deadlines contained in this Scheduling Order.

3. **April 12, 2021**. All pre-trial motions and *Daubert* motions (which include motions to strike experts) are filed. Each party is limited to filing one *Daubert* motion. If all evidentiary issues cannot be addressed in a 20-page memorandum, leave to exceed the page limit will be granted. **No extensions of time will be given for response and reply memoranda**. The parties are reminded that *Daubert* motions must contain the Local Rule 7.1(a)(3) certification.

4. **May 10, 2021**. Parties shall file and submit joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable, and motions *in limine* (other than *Daubert* motions). **No extensions of time will be given for response and reply memoranda to motions *in limine***. Each party is limited to filing one motion *in limine* which may exceed the page limits allowed by the Rules. **The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.**

5. The parties shall refer to the instructions set forth in the Scheduling Order [ECF No. 52], which otherwise remain in full force and effect.

**DONE AND ORDERED** in Miami, Florida, this 26th day of January, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record