**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.:  1:19-cv-22206-ALTONAGA/GOODMAN

GOVERNMENT EMPLOYEES INSURANCE CO., et al.

   Plaintiffs,

vs.

MARK A. CERECEDA, D.C., et al.,

   Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiffs and Defendants, pursuant to Local Rule 16.4, inform the Court that they have reached a settlement that will resolve all claims as to all parties in this case.

The parties have prepared formal settlement documents, and will file a stipulation of dismissal with prejudice upon finalizing and executing the formal settlement documents and the satisfaction of certain conditions precedent to the dismissal of this action. The parties anticipate finalizing the settlement and filing the stipulation of dismissal with prejudice within forty-five (45) days.

Respectfully submitted,

| | |
|---|---|
| */s/ John P. Marino* | */s/ Adam M. Foslid* |
| Lindsey R. Trowell (FBN 678783) | Adam M. Foslid (FBN 0682284) |
| John P. Marino (FBN 814539) | Erica L. Perdomo (FBN 105466) |
| Kristen W. Bracken (FBN 92136) | Timothy A. Kolaya (FBN 056140) |
| SMITH, GAMBRELL & RUSSELL, LLP | STUMPHAUSER FOSLID SLOMAN ROSS & KOLAYA, PLLC |
| 50 North Laura Street, Suite 2600 | Two Biscayne Boulevard, Suite 1600 |
| Jacksonville, Florida 32202 | Miami, Florida 33131 |
| Phone: (904) 598-6100 | Phone: (305) 614-1400 |
| Facsimile: (904) 598-6204 | Facsimile: (305) 614-1425 |
| ltrowell@sgrlaw.com | afoslid@sfslaw.com |
| jmarino@sgrlaw.com | eperdomo@sfslaw.com |
| kbracken_@sgrlaw.com | tkolaya@sfslaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

Christina Bezas (*admitted pro hac vice*)
New York Bar No. 5247556
Max Gershenoff (*admitted pro hac vice*)
New York Bar No. 4475240
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11550
Phone: (516) 357-3000
Facsimile: (516) 357-3333
christina.bezas@rivkin.com
max.gershenoff@rivkin.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on March 29, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide notice and a copy of this document to the counsel of record in this case.

>  */s/ John P. Marino*
>  Attorney