UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-22206-CIV-ALTONAGA/Goodman

**GOVERNMENT EMPLOYEES
INSURANCE CO.**; *et al.*,

      Plaintiffs,

v.

**MARK A. CERECEDA, D.C.**; *et al.*,

      Defendants.

_____/

## ORDER

      **THIS CAUSE** came before the Court *sua sponte*.  On March 29, 2021, the Court entered an Order Administratively Closing Case [ECF No. 122] requiring the parties to file a stipulation of dismissal within 60 days of the Order.  To date, no stipulation of dismissal has been filed, nor have the parties requested additional time to comply.  Accordingly, it is

      **ORDERED** that the case is **DISMISSED** without prejudice.

      **DONE AND ORDERED** in Miami, Florida, this 2nd day of June, 2021.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record