**Exhibit "2"**
**Form of Federal Stipulation**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 1:19-cv-22206-ALTONAGA/GOODMAN

GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL INSURANCE
COMPANY and GEICO CASUALTY CO.,

                          Plaintiffs,

vs.

MARK A. CERECEDA, D.C., et al.,

                          Defendants.
_____/

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and Defendants that all claims asserted by Plaintiffs against the Defendants in this action, and all counterclaims asserted by any of the Defendants against the Plaintiffs in this action, are dismissed, with prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

| | |
|---|---|
| Rivkin Radler LLP | Stumphauzer Foslid Sloman Ross & Kolaya, PLLC |
| By: /s/ John P. Marino<br>*For:* Max Gershenoff, Esq.<br>926 RXR Plaza<br>Uniondale, New York 10007<br>*Counsel for Plaintiffs* | By: /s/ Adam Foslid<br>    Adam Foslid, Esq.<br>One Biscayne Tower<br>Two S. Biscayne Boulevard – Suite 1600<br>Miami, Florida 33131<br>*Counsel for Defendants* |